UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  CV 13-3382-MWF (PLAx)                                    Date  March 17, 2014

Title: William S. Hart Union High School District v. Nadine Romero, etc.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
               NONE                                                NONE

**PROCEEDINGS:**         ( IN CHAMBERS)

In its Order re Settlement Conference issued on February 19, 2014, the Court ordered that each party in this action, no later than March 13, 2014, submit a Confidential Settlement Conference Statement to chambers. To date, the Court has not received the required Statement from defendant. Accordingly, **no later than March 18, 2014**, defendant is ordered to show cause why the settlement conference scheduled for March 20, 2014, should not be taken off calendar and sanctions imposed on defendant for failure to comply with the Court's Order. Submission of the Confidential Settlement Conference Statement by March 18, 2014, in full compliance with the February 19, 2014, Order shall be deemed compliance with this order to show cause.


cc:    Hon. Michael W. Fitzgerald
       Counsel of Record



Initials of Deputy Clerk    ch

---

CV-90 (10/98)                              CIVIL  MINUTES  -  GENERAL